**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**KENNETH STRACHAN AND
SHELIA STRACHAN**                                                  **PLAINTIFFS**

**VS.**                         **CIVIL ACTION NO.: 4:17-CV-138-DMB-JMV**

**STATE FARM FIRE AND CASUALTY COMPANY
And DON PYRON BUILDERS, LLC**                          **DEFENDANTS**

## ORDER STAYING CERTAIN PROCEEDINGS

This case comes before the Court pursuant to L.U.Cɪv.R. 16(b)(1)(B). The rule provides in pertinent part that

> [a] motion to remand . . . will stay the attorney conference and disclosure requirements and all discovery not relevant to the remand . . . issue and will stay the parties' obligation to make disclosures pending the court's ruling on the [remand] motion[].

Defendant filed a motion to sever and remand [3] on September 29, 2017. Accordingly, it is

**ORDERED:**

That the above-referenced proceedings and the case management conference are hereby **STAYED** pending a decision on the remand issue. The parties shall notify the undersigned magistrate judge within seven (7) days of the Court's ruling in the event the motion to remand is denied.

**THIS**, the 13th day of October, 2017.

                                                               **/s/ Jane M. Virden**
                                                               **U. S. MAGISTRATE JUDGE**